UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-403-T-33AEP

JHONNY EDISON CASTANEDA ANDRADE
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Jhonny Edison Castaneda Andrade's pro se Motion to Dismiss Indictment Conviction and Sentence for Exclusive Legislative and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. # 95) and Request for the Court to Consider the Notice Affidavit in Support of Motion to Dismiss Indictment (Doc. # 97), both filed on February 23, 2015.

Defendant is represented by counsel and is currently prosecuting an appeal in the Eleventh Circuit. Pursuant to Local Rule 2.03(d), M.D. Fla., which states in pertinent part that "[a]ny party for whom a general appearance of counsel is made shall not thereafter take any step or be heard in the case in proper person" Defendant's pro se submissions are hereby **STRICKEN**.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's pro se Motion to Dismiss Indictment Conviction and Sentence for Exclusive Legislative and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure

(Doc. # 95) and Request for the Court to Consider the Notice Affidavit in Support of Motion to Dismiss Indictment (Doc. # 97) are **STRICKEN.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of March, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:

All counsel of record

Defendant